FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:26-CR-02007-SAB-1 |
| Plaintiff, | |
| v. | ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |
| DAVID JESSE GONZALES, II, | |
| Defendant. | |

Before the Court is Defendant's Consent to Modify Conditions of Release. Defendant has agreed to the addition of Special Condition Nos. 5–8. The Court accepts the additional conditions as agreed upon but imposes additional language in Special Condition No. 5 regarding tampering with substance testing.

Accordingly, **IT IS ORDERED:**

1. Defendant remains subject to all other terms and conditions of pretrial release previously imposed. In addition, Defendant shall abide by the following:

**SPECIAL CONDITIONS OF RELEASE**

5. Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of

ORDER - 1

release.

6.      Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.  Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program.  It shall be the responsibility of defense counsel to provide such waivers.

7.      Defendant shall submit to a mental health evaluation and undergo any recommended treatment as directed by United States Probation/Pretrial Services. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program.  It shall be the responsibility of defense counsel to provide such waivers.

8.      Defendant must not communicate, associate, or otherwise interact,

ORDER - 2

with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

**IT IS SO ORDERED.**

DATED May 29, 2026.



_____

ALEXANDER C. EKSTROM

UNITED STATES MAGISTRATE JUDGE

ORDER - 3

PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **vs** | ) | |
| | ) | |
| **David Jesse Gonzales II** | ) | **Case No. 0980 1:26CR02007-SAB-1** |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, David Jesse Gonzales II, have discussed with my attorney and probation officer, Linda Leavitt, modification of my release as follows:

On May 20, 2026, Mr. Gonzales appeared before Your Honor for an initial appearance and was released onto pretrial supervision with conditions. An intake was conducted with Mr. Gonzales on May 21, 2026, whereas he disclosed to the below-said officer consuming marijuana with a last consumption date of May 18, 2026. Mr. Gonzales admitted he consumes marijuana daily. He also admitted to a history of methamphetamine and fentanyl use. Mr. Gonzales shared he has never been engaged in any form of substance abuse or mental health treatment. Additionally, he disclosed he has been an active Norteno gang member since age 13. Mr. Gonzales represents he is not currently a participating Norteno. *D.G* *MPY*

To assist Mr. Gonzales in being successful while on pretrial supervision, this officer respectfully requests the addition of special condition numbers 5, 6, 7 and 8, as noted below:

5.  Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office.

6.  Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

7.  Defendant shall submit to a mental health evaluation and undergo any recommended treatment as directed by United States Probation/Pretrial Services. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

8.    Defendant must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    May 26, 2006 _____    5/27/26

Signature of Defendant        Date        Pretrial Services/Probation Officer        Date

David Jesse Gonzales II                    Linda J. Leavitt

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        May 26, 2026

Signature of Defense Counsel        Date

Nicholas Paul Granath

[ ]    The above modification of conditions of release is ordered, to be effective on _____.

[ ]    The above modification of conditions of release is not ordered.

____See written order._____        _____

Signature of Judicial Officer        Date

The Honorable Alexander C. Ekstrom
United States Magistrate Judge