PS 8
(3/15)

# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2026

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

ECF No. 23

U.S.A. vs.          Gonzales II, David Jesse          Docket No.          0980 1:26CR02007-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David Jesse Gonzales, II, who was placed under pretrial  supervision with standard and special conditions by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 20th day of May 2026. On May 29, 2026, additional pretrial conditions of release were imposed by the Court (ECF No.17). Mr. Gonzales, II's conditions are as follows:

**Standard condition #8 (ECF No. 10)**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant  may not use or possess marijuana, regardless of whether Defendant has been  authorized medical marijuana under state law.

**Special condition #5 (ECF No. 17)**: Defendant shall submit to random urinalysis testing as directed by the  United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency  and accuracy of any prohibited substance testing that is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 21, and June 1, 2026, Mr. Gonzales, II, signed both release orders noted-above acknowledging an understanding of his conditions and requirements of pretrial supervision.

Violation #1: Mr. Gonzales, II, is in violation of his pretrial release conditions by consuming fentanyl on, about, or before June 1, 2026.

On June 1, 2026, Mr. Gonzales, II, reported to the probation office. A random drug test was collected which tested presumptive positive for fentanyl. Mr. Gonzales, II, denied drug use. The sample was sealed in front of Mr. Gonzales, II, and sent to Abbott Laboratory for confirmation. Results were received on June 5, 2026, confirming a positive reading for fentanyl.

Violation #2: Mr. Gonzales, II, is in violation of his pretrial release conditions by consuming methamphetamine on, about, or before June 1, 2026.

On June 1, 2026, Mr. Gonzales, II, reported to the probation office. A random drug test was collected which tested presumptive positive for methamphetamine. Mr. Gonzales, II, denied drug use. The sample was sealed in front of Mr. Gonzales, II, and sent to Abbott Laboratory for confirmation. Results were received on June 6, 2026, confirming a positive reading for methamphetamine.

Violation #3: Mr. Gonzales, II, is in violation of his pretrial release conditions by consuming marijuana on, about, or before June 1, 2026.

On June 1, 2026, Mr. Gonzales, II, reported to the probation office. A random drug test was collected which tested presumptive positive for marijuana. Mr. Gonzales, II, admitted to consuming marijuana, however, prior to the start of his

PS-8

**Re: Gonzales, II, David Jesse**
**June 26, 2026**
**Page 2**

pretrial supervision on May 20, 2026. The sample was sealed in front of Mr. Gonzales, II, and sent to Abbott Laboratory for confirmation. Results were received on June 6, 2026, confirming a positive reading for marijuana.

Violation #4: Mr. Gonzales, II, is in violation of his pretrial release conditions by consuming methamphetamine and fentanyl on, about, or before June 4, 2026.

On June 8, 2026, this officer received urinalysis results from Triumph Treatment Services from a collection dated June 4, 2026. The sample was sent to Drug Scan for confirmation. Results were received on June 7, 2026, confirming a positive reading for fentanyl and methamphetamine.

Violation #5: Mr. Gonzales, II, is in violation of his pretrial release conditions by consuming methamphetamine and fentanyl on, about or before June 9, 2026.

On June 9, 2026, Mr. Gonzales, II, reported to the probation office. A random drug test was collected which tested presumptive positive for fentanyl and methamphetamine. The sample was sealed in front of Mr. Gonzales, II, and sent to Abbott Laboratory for confirmation. Mr. Gonzales, II, admitted to consuming the above-noted drugs. Results were received from Abbott Laboratory on June 17, 2026, confirming a positive reading for methamphetamine and fentanyl.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    06/26/2026

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]    No Action
[ x]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ x]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

July 2, 2026

Date