PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2026

SEAN F. MCAVOY, CLERK

ECF No. 41

U.S.A. vs. Gonzales, II, David Jesse Docket No. 0980 1:26CR02007-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, David Jesse Gonzales, II, who was placed under pretrial supervision with standard and special conditions by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 20th day of May 2026. On May 29, 2026, additional pretrial conditions of release were imposed by the Court. Mr. Gonzales, II's, conditions are as follows:

**Standard condition #8**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special condition #5**: Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 21, and June 1, 2026, Mr. Gonzales, II, signed both release orders noted-above acknowledging an understanding of his conditions and requirements of pretrial supervision.

**Violation #1**: Mr. Gonzales, II, is in violation of his pretrial release conditions by consuming fentanyl on, about, or before October 21, 2026.

**Supporting Evidence**: On October 26, 2026, this officer received a fax from Barth and Associates including a confirmed positive lab result from Millennium Health laboratory, dated October 21, 2026, for fentanyl.

**Violation #2**: Mr. Gonzales, II, is in violation of his pretrial release conditions by consuming fentanyl on, about, or before October 29, 2026.

**Supporting Evidence**: On November 2, 2026, this officer received a telephone call from Mr. Gonzales, II's, counselor at Barth and Associates. Per the counselor, Mr. Gonzales, II, submitted a random drug test which tested presumptive positive on October 29, 2029. The counselor stated results were received from Millennium Health laboratory on November 2, 2026, confirming a positive result for fentanyl at a higher level than the test results dated October 21, 2026.

PRAYING THAT THE COURT WILL ISSUE A WARRANT

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on: 11/02/2026

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Alexander C. Ekstrom

Signature of Judicial Officer

11/03/2026

Date